UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. BRADY,<br><br>        Petitioner,<br><br>v.<br><br>SASCO CAPITAL, INC.,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:13-cv-01588-VLB |

## NOTICE OF APPEARANCE

To:   The clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Sasco Capital, Inc.**

Date:   November 1, 2013

_____
*Attorney's Signature*

Katherine A. Burroughs (ct03233)
*Printed name and bar number*

90 State House Square, Hartford, CT 06103
*Address*

Katherine.burroughs@dechert.com
*Email*

860.524.3953
*Telephone number*

860.524.3930
*Fax*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to Kelley Dry & Warren LLP, Attn: James E. Nealon and Elizabeth W. Swedock, 400 Atlantic Street, Stamford, CT 06901.

_____
*Attorney's signature*

15076684.1.LITIGATION