UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT J. BRADY,<br><br>        Petitioner,<br><br>v.<br><br>SASCO CAPITAL, INC.,<br><br>        Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. 3:13-cv-01588-VLB |

## CONSENT MOTION FOR AN ORDER TO SEAL
## PETITION AND RELATED DOCUMENTS

Respondent Sasco Capital, Inc., by and through its attorneys Dechert LLP, respectfully moves this Court for an Order pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Local Civil Rule 5(e) sealing Petitioner's Petition to Confirm Arbitration Award Pursuant to 9 U.S.C. § 9 (appearing on the docket as the Complaint) and the exhibits annexed thereto (Doc. 1) and the accompanying Memorandum of Law (appearing on the docket as Entered In Error Motion (for Confirmation of Arbitration Award Order) (Doc. 2) and attached to the Complaint by Docket Entry Correction (re Complaint modified to add Memorandum of Law in Support as an attachment to the Complaint (Doc. 3)). In support thereof, Respondent states as follows:

    1.    The detailed grounds for this motion are set forth in the proposed findings of fact and law and supporting declaration filed *in camera* in accordance with Local Civil Rule 5(3)(4)(d) and the Chambers Practices of the Honorable Vanessa L. Bryant.

    2.    Petitioner Robert J. Brady consents to Respondent's motion for an Order sealing these records.

15076041.2.LITIGATION

- 2 -

WHEREFORE, we respectfully request that Respondent's motion be GRANTED.

Dated: November 1, 2013            DECHERT LLP

By: /s/ Katherine A. Burroughs
Katherine A. Burroughs (ct03233)

90 State House Square
Hartford, CT  06103-3702
Telephone: +1  860  524  3999
Facsimile:  +1  860  524  3930
katherine.burroughs@dechert.com

Nicolle L. Jacoby
Matthew L. Mazur
1095 Avenue of the Americas
New York, New York  10036
Telephone:  +1  212  698-3500
Facsimile:   +1  212  698-3599
nicolle.jacoby@dechert.com
matthew.mazur@dechert.com

*Attorneys for Respondent
Sasco Capital, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. In addition, such Notice as well as copies of that certain Consent Motion for an Order to Seal Petition and Related Documents, proposed Findings of Fact and Law, Proposed Order and supporting Declaration, were served by mail to Kelley Drye & Warren LLP, Attn: James E. Nealon & Elizabeth W. Swedock, 400 Atlantic Street, Stamford, CT 06901.

/s/ Katherine A. Burroughs
*Attorney's signature*